# UNITED STATES DISTRICT COURT

for the

_Eastern_ District of _Tennessee_

_Civil_ Division

Case No. _____

_(to be filled in by the Clerk's Office)_

James C. Maxey, Pro Se

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

Mormon Church

_Defendant(s) see attached_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

## COMPLAINT AND REQUEST FOR INJUNCTION

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James C. Maxey |
| Street Address | 5808 Engle Road #5 |
| City and County | Carmichael (Sacramento) |
| State and Zip Code | California 95608 |
| Telephone Number | (916) 627-6544 |
| E-mail Address | Jamesmaxey1987@gmail.com |

   B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

 Name       Mormon Church

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 2

 Name       Joseph Biden

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 3

 Name       Kamala D. Harris

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 4

 Name       Gary Summerhays

 Job or Title *(if known)*

 Street Address

 City and County     Carmichael (Sacramento)

 State and Zip Code    California 95608

 Telephone Number

 E-mail Address *(if known)*

**Defendant No. 5**

Name     Democratic National Committee

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

**Defendant No. 6**

Name     United Kingdom

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

**Defendant No. 7**

Name     Queen Elizabeth II

Job or Title
(if known)

Street Address

City and County

State and Zip Code     United Kingdom

Telephone Number

**Defendant No. 8**

Name     Germany

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 9

    Name         India

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 10

    Name         Angela Merkel

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 11

    Name         Judicial Council of California

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 12

    Name         California State Bar Association

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

**Defendant No. 13**

Name — United States Supreme Court

Job or Title
(if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

**Defendant No. 14**

Name — California Supreme Court

Job or Title
(if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

**Defendant No. 15**

Name — United States District Court for the
Eastern District of California

Job or Title
(if known)

Street Address —

City and County —

State and Zip Code —

Telephone Number —

**Defendant No. 16**

Name — United States District Court for the
Northern District of California

Job or Title
(if known)

Street Address —

City and County —

State and Zip Code —

Telephone Number —

**Defendant No.** 17

Name — California Appellate Court (3rd District)

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

**Defendant No.** 18

Name — Superior Court of California for the
County of Sacramento

Job or Title
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

**Defendant No.** 19

Name — Superior Court of California for the
County of Placer

Job or Title
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

**Defendant No.** 20

Name — National Association of Broadcasters

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

Defendant No. 21

Name      A.B.C. News Corporation

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 22

Name      CBS News Corporation

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 23

Name      NBC News Corporation

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 24

Name      CNN News Network

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 25

    Name            KCRA News Network

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 26

    Name            KOVR News Network

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 27

    Name            KXTV News Network

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 28

    Name            KTXL News Network

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 29

Name      Sacramento Bee Newspaper Inc.

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 30

Name      Douglas Emhoff

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 31

Name      Venable LLP

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 32

Name      Robert M. Maxey

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 33

     Name      Edmund G. Brown

     Job or Title
     (if known)

     Street Address

     City and County

     State and Zip Code

     Telephone Number


Defendant No. 34

     Name      Govin Newsom

     Job or Title
     (if known)

     Street Address

     City and County

     State and Zip Code

     Telephone Number

Defendant No. 35

     Name      William J. Clinton

     Job or Title
     (if known)

     Street Address

     City and County

     State and Zip Code

     Telephone Number


Defendant No. 36

     Name      Hillary R. Clinton

     Job or Title
     (if known)

     Street Address

     City and County

     State and Zip Code

     Telephone Number

Defendant No. 37

> Name      Clinton Foundation

> Job or Title
> (if known)

> Street Address

> City and County

> State and Zip Code

> Telephone Number

Defendant No. 38

> Name      James Carter

> Job or Title
> (if known)

> Street Address

> City and County

> State and Zip Code

> Telephone Number

Defendant No. 39

> Name      Barack Obama

> Job or Title
> (if known)

> Street Address

> City and County

> State and Zip Code

> Telephone Number

Defendant No. 40

> Name      George W. Bush

> Job or Title
> (if known)

> Street Address

> City and County

> State and Zip Code

> Telephone Number

Defendant No. 41

    Name                   _Federal Bureau of Investigation_

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 42

    Name                   Robert Mueller

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 43

    Name                   James Comey

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 44

    Name                   Christopher Wray

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

**Defendant No. 45**

Name      National Security Agency

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

**Defendant No. 46**

Name      Central Intelligence Agency

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

**Defendant No. 47**

Name      United States Marshals Service

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

**Defendant No. 48**

Name      Henry Kissinger

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 49

Name: United States Air Force

Job or Title
(if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

Defendant No. 50

Name: United States Department of Homeland Security

Job or Title
(if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

Defendant No. 51

Name: Jeh Johnson

Job or Title
(if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

Defendant No. 52

Name: John Brennan

Job or Title
(if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

Defendant No. 53

Name    _FBI Agents Association_

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 54

Name    _National Labor Relations Board_

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 55

Name    _California Public Employment Relations Board_

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 56

Name    _National Education Association_

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 57

    Name     _California Teachers Association_

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 58

    Name     _California state Teachers Retirement System_

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 59

    Name     _California Workers Compensation Appeals Board_

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 60

    Name     _Kaiser Permanente Hospital_

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 61

    Name          Schools Insurance Authority Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 62

    Name          Governmental Advocates Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 63

    Name          William Lockyer

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 64

    Name          Arnold Schwarzenegger

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

**Defendant No. 65**

Name    National Democratic Party

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

**Defendant No. 66**

Name    Leon Panetta

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

**Defendant No. 67**

Name    Pope Francis

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

**Defendant No. 68**

Name    Vatican state

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 69

    **Name**      Prince Phillip (of England)

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**


Defendant No. 70

    **Name**      Prince Andrew (of England)

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**


Defendant No. 71

    **Name**      Prince William (of England)

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**


Defendant No. 72

    **Name**      Prince Charles (of England)

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**

Defendant No. 73

Name     Edith Schloin

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number


Defendant No. 74

Name     David Boyle

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number


Defendant No. 75

Name     Eric Holder

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number


Defendant No. 76

Name     Loretta Lynch

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 7 7

     Name            Benjamin Wagner

     Job or Title
     (if known)

     Street Address

     City and County

     State and Zip Code

     Telephone Number


Defendant No. 7 8

     Name            John Kerry

     Job or Title
     (if known)

     Street Address

     City and County

     State and Zip Code

     Telephone Number


Defendant No. 7 9

     Name            Teresa Heinz

     Job or Title
     (if known)

     Street Address

     City and County

     State and Zip Code

     Telephone Number


Defendant No. 8 0

     Name            Siemens USA Inc.

     Job or Title
     (if known)

     Street Address

     City and County

     State and Zip Code

     Telephone Number

Defendant No. 81

    Name        Halliburton USA Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 82

    Name        Richard Cheney

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 83

    Name        Elizabeth Cheney

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 84

    Name        Jennifer Silva

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 85

    Name      Apple Computers Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 86

    Name      Microsoft Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 87

    Name      William Gates

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 88

    Name      Robert Gates

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 89

    Name      Staines Financial Services Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 90

    Name      Patricia Staines

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 91

    Name      Marcus Ziemer

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 92

    Name      Stawicki Financial Services

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 93

    Name          Darrell Steinberg

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 94

    Name          State of California

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 95

    Name          State of Utah

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 96

    Name          Theodore Turner

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 97

- Name: _Barbara Turner_
- Job or Title (if known): _____
- Street Address: _____
- City and County: _____
- State and Zip Code: _____
- Telephone Number: _____

Defendant No. 98

- Name: _United states Department of Justice_
- Job or Title (if known): _____
- Street Address: _____
- City and County: _____
- State and Zip Code: _____
- Telephone Number: _____

Defendant No. 99

- Name: _Nancy PeLossi_
- Job or Title (if known): _____
- Street Address: _____
- City and County: _____
- State and Zip Code: _____
- Telephone Number: _____

Defendant No. 100

- Name: _Ami Bera_
- Job or Title (if known): _____
- Street Address: _____
- City and County: _____
- State and Zip Code: _____
- Telephone Number: _____

**Defendant No.** 101

    **Name**     OFFICE OF Attorney General

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**    California

    **Telephone Number**


**Defendant No.** 102

    **Name**     OFFICE of United states Attorney General

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**


**Defendant No.** 103

    **Name**     Michael Pompeo

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**


**Defendant No.** 104

    **Name**     Susan Rice

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**

Defendant No. 105

 Name: Xavier Becerra

 Job or Title
 (if known):

 Street Address:

 City and County:

 State and Zip Code:

 Telephone Number:

Defendant No. 106

 Name: Alexander Padilla

 Job or Title
 (if known):

 Street Address:

 City and County:

 State and Zip Code:

 Telephone Number:

Defendant No. 107

 Name: Kenneth Cooley

 Job or Title
 (if known):

 Street Address:

 City and County:

 State and Zip Code:

 Telephone Number:

Defendant No. 108

 Name: Doris Matsui

 Job or Title
 (if known):

 Street Address:

 City and County:

 State and Zip Code:

 Telephone Number:

Defendant No. 109

    Name             Richard Branson

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 110

    Name             British Airways Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 111

    Name             Windermere Real Estate Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 112

    Name             General Electric (GE) Inc.

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

**Defendant No.** 113

    **Name**        Bernie Sanders

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**

**Defendant No.** 114

    **Name**        Elizabeth Warren

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**

**Defendant No.** 115

    **Name**        Jerry Zanelli

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**

**Defendant No.** 116

    **Name**        Barbara Boxer

    **Job or Title**
    **(if known)**

    **Street Address**

    **City and County**

    **State and Zip Code**

    **Telephone Number**

Defendant No. 117

Name     Maxey Holdings

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 118

Name     John Maxey

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 119

Name     Belinda Lennon

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 120

Name     Kimberly Mueller

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 121

Name        John Mendez

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 122

Name        Garland Burrell

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 123

Name        Morrison England

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 124

Name        Lawrence O'Neil

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 125

    Name                Vaughn Walker

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 126

    Name                Rupert Murdoch

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 127

    Name                Tory Party

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 128

    Name                Boris Johnson

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 129

    Name          Tony Blair

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 130

    Name          David Cameron

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 131

    Name          Sophie Butcher

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 132

    Name          Catherine Butcher

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 133

    Name           Charles (Chuck) Schumer

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 134

    Name           Mark Warner

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 135

    Name           Oren Hatch

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 136

    Name           Mitt Romney

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 137

    Name            Ramona Williams

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 138

    Name            Emily F. Johannaber

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 139

    Name            Frances Anderson

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number


Defendant No. 140

    Name            Robert W. Maxey

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

                    and Does 1 through 100.

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

California Civil Code Sections 52.5 and 52.7,

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Sections 4, 47, 201, 225, 242, 599, 600, 610, 1001, 1028, 1113, 1117, 1510, 1512, 1519, 1961 Et. seq., 2331, 2332, 2338 and 3771 of Title 18 of the United states Code, Title 22 USC Section 7102(9), Title 28 USC Section 1350, Title 50 USC Section 1520 and United Nations Covenants

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship  Against Torture, Trafficking and Human Experimentation –

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff, *(name)*  James C. Maxey , is a citizen of the State of *(name)*  the United states .

    b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)*

        _____

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

        *(foreign nation)* _____

    b.     If the defendant is a corporation

The defendant, *(name)* Mormon Church , is incorporated under

the laws of the State of *(name)* Utah (USA) , and has its

principal place of business in the State of *(name)* Utah

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The Financial amount in controversy exceeds $75,000, as well as, the California Electoral College certification must be forensically audited.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? On, or about, June 26, 2013, the Plaintiff become aware the Defendants comprise a foreign-based political organization and on-going criminal enterprise acknowledged by the United Kingdom, National Democratic Committee, Mormon Church, Germany and India who have required, coerced and compelled the Plaintiff to acquiesce to subcutaneous implantation.

B.    What date and approximate time did the events giving rise to your claim(s) occur? On, or about, November 22, 2020, the Plaintiff discovered that on, or about, December 2, 2016, Gary Summerhays, Kamala D. Harris and the other Defendants committed identity theft and Fraud upon the Legislative, executive and judicial branches of government through the Filing and unlawful adjudication of Superior Court of California for the County of Sacramento Civil Court case: 'James C. Maxey vs. Attorney General Kamala D. Harris' (no. 34-2016-001

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On, or about, June 26, 2013, the Plaintiff become aware that on, or about, July 22, 1969, physicians with the United States Air Force surgically implanted microchip technology into his body as a new born child at Sewart Air Force Base (Tennessee). From on, or about, July 22, 1969, through, the present time, the Defendants have financially exploited and unlawfully profited from the above-described

IV. **Irreparable Injury** human rights violation.

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

From on, or about, July 22, 1969, through, the present time, the Plaintiff has been subjected to torture, human trafficking and human experimentation causing irreparable physical and mental injury, as well as, immeasurable damage and harm to his reputation and good name.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) The Plaintiff seeks a preliminary injunction ordering the Defendants to divest themselves of any interest, direct or indirect in the above-described criminal enterprise and imposing reasonable restrictions on the future activities of engaging in the same type of endeavor as the enterprise engaged in, the activities of which affect interstate and foreign commerce, as well as, ordering dissolution or reorganization of the criminal enterprise and making provisions for innocent persons. This civil RICO suit seeks to disgorge the profits illegally obtained by the Defendants.

- Additional Relief Requested -

(2) The Plaintiff seeks a preliminary injunction ordering the Defendants to immediately suspend, cease and desist Remote Neural Monitoring and surveillance of him through use of electrical activity from the Visual cortex of his brain seen on a video Monitor and secret Frequency. The Defendants are able to see what the Plaintiff's eyes are seeing.

AO 72
(Rev. 8/82)

- Additional Relief Requested -

(3) The Plaintiff seeks a preliminary injunction decertifying the California electoral college vote based upon the commission of federal offenses by Kamala D. Harris and Joseph Biden, as well as, the named Defendants described herein; and,

(4) The Plaintiff seeks a preliminary injunction, emergency hearing on the legal merits and ex-parte relief ordered by this Court. Title 18 United States Code Section 3771 directs the courts and Law enforcement officials to see to it that the rights it creates are honored. The Plaintiff seeks a court order compelling the Sacramento County Board of Supervisors immediately suspend the employment of Sheriff Scott Jones and District Attorney Anne Marie Schubert pending an independent investigation. The Plaintiff is entitled to preliminary injunctive relief under Rico Law and California Civil Code Sections 52.5 and 52.7 before the case is decided on the legal merits. The Plaintiff has demonstrated: (1) irreparable and imminent harm; (2) a high probability of success on the legal merits; (3) serious questions raised by the Lawsuit, as well as, public interest; and, (4) the Lawsuit raises serious questions and the balance of hardship tips sharply in his favor. The Plaintiff is entitled to Financial, punitive and exemplary damages to be determined through Forensic Financial auditing.

AO 72
(Rev. 8/82)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     1 - 13 - 2021

Signature of Plaintiff     _James C. Maxey_

Printed Name of Plaintiff     J a m e s  C.  M a x e y

### B. For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____