UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JAMES C. MAXEY,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:21-CV-00005-JRG-CRW |

**ORDER**

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 5], in which Judge Wyrick recommends the Court dismiss this case without prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because it is frivolous or malicious and because Plaintiff fails to state a claim for which relief may be granted. Plaintiff has not timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation, and the Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, it is **ORDERED** that this case is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE